# Exhibit E

**January 16, 2026**

*Via SecureRelease to:*
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

**RE:    Request Under Freedom of Information Act for ICE Enforcement Data**
**(Expedited Processing & Fee Waiver / Limitation Requested)**

Dear Freedom of Information Officer:

Professors Graeme Blair, David Hausman, Elora Mukherjee, and the Deportation Data Project (jointly, the "Requesters"), through counsel, submit this Request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. This Request seeks database records pertaining to immigration enforcement. The result should be a spreadsheet or multiple spreadsheets in which rows correspond to persons and columns correspond to data.

Requesters also seek expedited processing, pursuant to 5 U.S.C. § 552(a)(6)(E) and 6 C.F.R. § 5.5(e), and a fee waiver, pursuant to 5 U.S.C. § 552(a)(4)(A) and 6 C.F.R. § 5.11(k). The justifications for expedited processing and the fee waiver are set out in detail following the Request.

**Note that this Request seeks updated records that have not been previously disclosed to the Requesters. Please treat this request separately from any other FOIA requests, including any of the Requesters' other pending requests. Because of the urgent public need for timely release of this data, Requesters intend to seek updated data concerning substantially the same categories of information on a monthly basis until the agency fulfills its obligations to proactively disclose this information under the FOIA Improvement Act of 2016.** *See* **5 U.S.C. § 552(a)(2)(D).**

**Exhibit E - Page 2 of 22**

## I.    Records Requested

Requesters seek records from Fiscal Year 2012 to the date on which ICE produces data. Much of the data requested is similar to data ICE produced in **2025-ICLI-00019 / 2024-ICFO-39357. Please note that all data should be provided for the full time period, rather than simply as an update to previous releases.**

**Requestor seeks the tables and fields in listed Table A (attached).**

In the event ICE redacts information that is necessary for the Requesters and the public to access the data in the same manner as ICE, ICE is required to substitute the exempt material with a unique ID. Pursuant to the Second Circuit's decision for *ACLU Immigrants' Rights Project v. United States Immigration & Customs Enforcement*, 58 F.4th 643 (2d Cir. 2023), agencies such as ICE are required to replace exempt identifying numbers with anonymized unique identifiers. The Court has determined that unique IDs, because they are "meaningless in themselves," neither alter the content of exempt records nor constitute the creation of a new record.[1] Moreover, for the purposes of FOIA, requiring an agency to use a query to extract a particular requested arrangement or subset of data does not amount to the creation of a new record if the data is already maintained in the agency's database.[2]

## II.    Application for Expedited Processing

Requesters seek expedited processing pursuant to 5 U.S.C. § 552(a)(6)(E) and 6 C.F.R. § 5.5(e)(1). There is a "compelling need" for these records because the information requested is "urgen[tly]" needed by an organization primarily engaged in disseminating information "to inform the public concerning actual or alleged Federal Government activity." *See* 5 U.S.C § 552(a)(6)(E)(v)(II). Moreover, the requested records involve "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." 6 C.F.R. § 5.5(e)(1)(iv).

I affirm that the information supporting the request for expedited processing is true and correct to the best of my knowledge and belief. *See* 5 U.S.C. § 552(a)(6)(E)(vi); 6 C.F.R. § 5.5(e)(3).

### A.   *The records involve a matter of widespread and exceptional media interest raising possible questions about the government's integrity.*

The requested records are the subject of widespread and exceptional media interest. 6 C.F.R. § 5.5(e)(1)(iv). In recent months, ICE has arrested, detained, and deported large numbers of noncitizens across the United States. These immigration enforcement actions have been the subject of constant media attention and have unquestionably raised concerns amongst the broader public about the government's integrity and affected public confidence in the immigration

---

[1] *Am. C.L. Union Immigrants' Rts. Project v. United States Immigr. & Customs Enf't*, 58 F.4th 643, 656 (2d Cir. 2023).
[2] *Id.* at 659.

enforcement systems.[3] Importantly, individual-level data about enforcement—such as the records requested here—have been crucial in accurately reporting on patterns in enforcement practices and who the administration is targeting for enforcement.

Indeed, in recent months, the Deportation Data Project released similar data released by ICE under FOIA.[4] Concurrently, the Deportation Data Project released a codebook to help data analysts better understand the ICE enforcement data.[5] Dozens of reporters have reached out to the Deportation Data Project's team with questions about these data and how to use them. Local, national, and international media outlets used the data over one hundred times to analyze and report changes in immigration enforcement in the early months of the new administration. **A non-exclusive list of 125 media articles citing the ICE enforcement data made public by the Deportation Data Project is included in Table B (attached).**

Many, if not most, of these media articles contradicted the administration's claims about its targets for enforcement. There can be no question that expeditious release of this data will play a critical part in the public debate over immigration enforcement.[6]

### B. The records sought are urgently needed to inform the public about actual or alleged government activity.

These records are urgently needed to inform the public about actual or alleged government activity. *See* 5 U.S.C. § 552(a)(6)(E)(v)(II); 6 C.F.R. § 5.5(e)(1)(ii). There is a compelling and urgent need to inform the public about the government's enforcement practices, including the change in enforcement under the new administration, which has been the subject of significant media and public attention in recent days.

The government has released some aggregate statistics about the recent trends in immigration enforcement,[7] but there is no regular public release of individual-level enforcement data by ICE despite the critical public need to understand rapidly changing enforcement policies and practices. ICE has also previously released anonymized, individual-level spreadsheet data on immigration enforcement.[8]

These records have played a crucial role in informing the public about ICE's activities. As noted above, in recent weeks, over one hundred media outlets have used data posted by the Deportation Data Project to analyze and report changes in immigration enforcement this year. *See* Table B

---

[3] Lydia Saad, "Surge in U.S. Concern About Immigration Has Abated," GALLUP, July 11, 2025, https://news.gallup.com/poll/692522/surge-concern-immigration-abated.aspx; Giselle Ruhiyyih Ewing, "Americans have made a U-turn on immigration since 2024 election," POLITICO, July 11, 2025, https://www.politico.com/news/2025/07/11/trump-immigration-crackdown-poll-00448342.

[4] Immigration and Customs Enforcement Data, Deportation Data Project, https://deportationdata.org/data/ice.html.

[5] ICE data documentation, Deportation Data Project, https://deportationdata.org/docs/ice.html.

[6] Laura Barrón-López, "GOP gives ICE massive budget increase to expand Trump's deportation effort," PBS NEWS HOUR, July 8, 2025, https://www.pbs.org/newshour/show/gop-gives-ice-massive-budget-increase-to-expand-trumps-deportation-effort.

[7] *See, e.g.*, "Under President Trump ICE Arrests Have Increased by 627%," U.S. DEPT. OF HOMELAND SECURITY, February 26, 2025, https://www.dhs.gov/news/2025/02/26/under-president-trump-ice-arrests-have-increased-627.

[8] *See* ICE Monthly FOIA Releases, 2023-ICFO-42034, https://www.ice.gov/node/65069; Deportation Data Project, Data Repository, https://deportationdata.org/data.html.

3

(attached). Because enforcement and immigration patterns change swiftly over time,[9] obtaining up-to-date data is critical in informing the public. Releasing the requested data would address an urgent need for journalists and researchers to understand frequently changing immigration enforcement policy.

This request also seeks more than simply an update of data that ICE has released previously. It includes additional fields not released in the past. For example, it includes the Arresting City, Arresting Agency, and Law Enforcement Agency Conducting 287(g) Arrest.

### C. Requesters are primarily engaged in disseminating information in order to inform the public about actual or alleged government activity.

Requesters are "primarily engaged in disseminating information" within the meaning of the FOIA. *See* 5 U.S.C. § 552(a)(6)(E)(v)(II); *see also* 6 C.F.R. § 5.5(e)(1)(ii).

The Deportation Data Project collects, analyzes, and posts public, anonymized U.S. government immigration enforcement datasets.[10] In addition to posting publicly available data on its website, the Deportation Data Project also uses the Freedom of Information Act to obtain datasets from federal government agencies.[11] Such data has been frequently used by journalists, researchers, lawyers and advocates, and policymakers in understanding immigration enforcement policies and practices.[12] The Deportation Data Project's website and posting of government data are broadly circulated and widely available to the public at no cost. The Deportation Data Project also publishes analysis of the datasets it receives–for example, in the Data Guide posted on its website.[13]

Professor Blair is an associate professor of political science at the University of California Los Angeles. Professor Hausman is an assistant professor of law at the University of California Berkeley School of Law. Professor Mukherjee is the Jerome L. Greene Clinical Professor of Law and Director of the Immigrants' Rights Clinic at Columbia Law School. Professors Hausman and Blair serve as Co-Directors and Professor Mukherjee serves as a Faculty Fellow at the Deportation Data Project.[14] They regularly publish scholarship and articles, which are broadly circulated and widely available to the public at no cost.[15]

Requesters intend to similarly analyze, publish, and disseminate to the public information gathered through this Request. The records requested are not sought for commercial use, and the

---

[9] *See, e.g.*, Transactional Records Access Clearinghouse, *Number of Immigrant Detainees Arrested by ICE Continues to Increase*, April 26, 2024, https://tracreports.org/whatsnew/email.240426.html.

[10] Deportation Data Project, https://deportationdata.org/.

[11] Data Repository, Deportation Data Project, https://deportationdata.org/data.html.

[12] *See* Selected Media Coverage, Deportation Data Project, https://deportationdata.org/news.html.

[13] Deportation Data Project, *U.S. Immigration Enforcement Data: A Short Guide*, March 5, 2021, https://deportationdata.org/guide.html; *see also* Deportation Data Project, *ICE data documentation*, https://deportationdata.org/docs.ice.html.

[14] *See* Deportation Data Project, *About the Deportation Data Project*, https://deportationdata.org/about.html.

[15] *See e.g.*, David Hausman, *Research*, https://www.david-hausman.com/research; Graeme Blair, *Writing*, https://graemeblair.com/#!research; Elora Mukherjee, Columbia Law School, https://www.law.columbia.edu/faculty/elora-mukherjee.

4

Requesters plan to disseminate the information disclosed as a result of this Request to the public at no cost.

Given the foregoing, the Request satisfies the requirements for expedited processing. Pursuant to applicable statutes and regulations, Requesters expect a determination regarding expedited processing within 10 days. *See* 5 U.S.C. § 552(a)(6)(E)(ii)(I); 6 C.F.R. § 5.5(e)(4).

### III.     Fee Waiver Request

Requesters request that any fees associated with responding to their FOIA Request be waived pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) and 6 C.F.R. § 5.11(k). Under 5 U.S.C. § 552(a)(4)(A)(iii) and 6 C.F.R. § 5.11(k), fees should be waived or reduced if disclosure is (1) in the public interest because it is "likely to contribute significantly to public understanding of the operations or activities of the government" and (2) "not primarily in the commercial interest of the requester." Disclosure in this case meets both of these tests.

#### A.   *Disclosure is in the public interest as it is likely to contribute significantly to the public's understanding of the operations and activities of government.*

*First*, disclosure pursuant to this Request is in the public interest. As set forth above, this Request seeks to bolster public understanding of ICE practices with respect to removals, apprehensions, detention, and alternatives to detention, which directly affect hundreds of thousands of noncitizens and legal, humanitarian, and advocacy groups that serve them, and which is of interest to the general public.

The public interest fee waiver provision "is to be liberally construed in favor of waivers for noncommercial requesters." *McClellan Ecological Seepage Situation v. Carlucci*, 835 F.2d 1282, 1284 (9th Cir. 1987). The question relevant to fee waivers is whether the requested information is likely to contribute significantly to public understanding of the operations or activities of the government, good or bad. *See Judicial Watch, Inc. v. Rossotti*, 326 F.3d 1309, 1314 (D.C. Cir. 2003). Disclosure of the documents sought is in the public interest and will contribute significantly to the public's understanding of the government's practices regarding immigration enforcement.

#### B.   *Disclosure is not primarily in the commercial interest of the Requesters.*

*Second*, Requesters are not filing this Request to further a commercial interest. Requesters intend to make any relevant information obtained through this FOIA Request available to the public. Requesters plan to analyze, publish, and disseminate to the public the information gathered through this Request at no cost.[16] As explained above, the Deportation Data Project publishes, analyzes, and disseminates information, including datasets obtained through the Freedom of Information Act. Professors Blair, Hausman, and Mukherjee regularly publish scholarship, articles, and other materials that are disseminated to the public and widely available to everyone at no cost.

---

[16] *See* 6 C.F.R. § 5.11(k)(1)(ii); 6 C.F.R. § 5.11(k)(3).

Should the request for a full fee waiver be denied, Requesters seek a limitation of processing fees pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) ("[F]ees shall be limited to reasonable standard charges for document duplication when records are not sought for commercial use and the request is made by . . . educational or noncommercial scientific institution . . . or a representative of the news media.") and 6 C.F.R. § 5.11(d)(1) (search fees shall not be charged to "representatives of the news media"). Requesters intend to make use of the information in educational opportunities they offer to students and faculty, and they intend to disseminate the information gathered by this Request to the public, including journalists, researchers, lawyers, and policymakers, at no cost, including through the Deportation Data Project's website.

### IV.    Request for Records in Electronic Format

Requesters request that responsive electronic records be provided electronically in their native file format, if possible. *See* 5 U.S.C. § 552(a)(3)(B); *Scudder v. Cent. Intelligence Agency*, 25 F. Supp. 3d 19 (D.D.C. 2014) ("When an agency already creates or converts documents in a certain format . . . requiring that it provide documents in that format to others does not impose an unnecessarily harsh burden, absent specific, compelling evidence as to significant interference or burden.") (quoting *TPS, Inc. v. Dep't of Defense*, 330 F.3d 1191 (9th Cir. 2003)). Alternatively, Requesters request that the records be provided in an electronic spreadsheet format. If records are produced on physical media, please furnish the records to:

> Law Office of Amber Qureshi, LLC
> 6925 Oakland Mills Rd, PMB #207,
> Columbia, MD 21045

***

If this FOIA Request is denied in whole or in part, please provide the reasons for the denial, pursuant to 5 U.S.C. § 552(a)(6)(A)(i). In addition, please release all segregable portions of otherwise exempt material in accordance with 5 U.S.C. § 552(b).

**Note that this Request seeks updated records that have not been previously disclosed to the Requesters. Please treat this request separately from any other FOIA requests, including any of the Requesters' other pending requests. Because of the urgent public need for timely release of this data, Requesters intend to seek updated data concerning substantially the same categories of information on a monthly basis until the agency fulfills its obligations to proactively disclose this information under the FOIA Improvement Act of 2016. *See* 5 U.S.C. § 552(a)(2)(D).**

Thank you for your consideration of this Request. If you have any questions or concerns, please do not hesitate to contact me at amber@qureshilegal.com.

I affirm that the information supporting the request for expedited processing is true and correct to the best of my knowledge and belief. *See* 5 U.S.C. § 552(a)(6)(E)(vi); 6 C.F.R. § 5.5(e)(3).

**Exhibit E - Page 7 of 22**

Sincerely,

Amber Qureshi
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
Tel: (443) 583-4353
Email: amber@qureshilegal.com

*Counsel for Requesters*

7

**Table A: List of Fields**

| Encounters | Detainers | Arrests | Detentions | Removals |
|---|---|---|---|---|
| A-Number / Unique Identifier (Anonymized) | A-Number / Unique Identifier (Anonymized) | A-Number / Unique Identifier (Anonymized) | A-Number / Unique Identifier (Anonymized) | A-Number / Unique Identifier (Anonymized) |
| EID Subject ID / Unique Identifier (Anonymized) | EID Subject ID / Unique Identifier (Anonymized) | EID Subject ID / Unique Identifier (Anonymized) | EID Subject ID / Unique Identifier (Anonymized) | EID Subject ID / Unique Identifier (Anonymized) |
| Birth Year | Apprehension Date | Apprehension AOR | Birth Year | Apprehension State |
| Case Category | Apprehension Method | Apprehension County | Bond Posted Amount | Birth Year |
| Case Status | Biometric Match (Yes/No) | Apprehension Criminality | Bond Posted Date | Case Category |
| Citizenship Country | Birth Country | Apprehension Date | Book In Criminality | Case Category Time of Arrest |
| Departed Date | Birth Year | Apprehension Landmark | Book In Date Time | Case Criminality |
| Departure Country | Case Category | Apprehension Method | Case Category | Case Status |
| Encounter Criminality | Case Status | Apprehension State | Case Status | Case Threat Level |
| Event Date | Citizenship Country | Apprehension City | Case Threat Level | Citizenship Country |

8

| Encounters | Detainers | Arrests | Detentions | Removals |
|---|---|---|---|---|
| Event Type | Departed Date | Birth Year | Citizenship Country | Departed Date |
| Final Order Date | Departure Country | Case Category | Departed Date | Departure Country |
| Final Order (Yes/No) | Deportation Ordered (Yes/No) | Case Status | Departure Country | Docket AOR |
| Final Program | Detainer Lift Reason | Case Threat Level | Detention Book Out Date Time | Entry Date |
| Final Program Group | Detainer Prep Threat Level | Citizenship Country | Detention Facility | Entry Status |
| Gender | Detainer Prepare Date | Departed Date | Detention Facility Code | Final Charge Code |
| Landmark | Detainer Prepared Criminality | Departure Country | Detention Release Reason | Final Charge Section |
| Lead Event Type | Detainer Type | Final Order Date | Entry Date | Final Order (Yes/No) |
| Lead Source | Detention Facility | Final Order (Yes/No) | Entry Status | Final Order Date |
| Processing Disposition | Detention Facility Code | Final Program | Ethnicity | Final Program |
| Responsible AOR | Entry Date | Final Program Group | Felon | Final Program Code |
| Responsible Site | Entry Status | Gender | Final Charge | Gender |

9

| Encounters | Detainers | Arrests | Detentions | Removals |
|---|---|---|---|---|
| | Facility AOR | Law Enforcement Agency Conducting 287(g) Arrest | Final Order Date | Latest Arrest Apprehension Date |
| | Facility City | Arresting Agency | Final Order (Yes/No) | Latest Arrest Program & Program Code |
| | Facility State | | Final Program | LPR (Yes/No) |
| | Felon | | Gender | Most Recent Prior Departed Date |
| | Final Order Date | | Initial Bond Set Amount | Most Serious Criminal Conviction |
| | Final Order (Yes/No) | | Marital Status | MSC Charge Date |
| | Final Program | | Most Serious Conviction Charge | Most Serious Criminal Conviction Code |
| | Gender | | Most Serious Pending Charge | Most Serious Criminal Conviction Date |
| | Most Serious Conviction Charge | | Religion | Most Serious Criminal Conviction Status |

10

| Encounters | Detainers | Arrests | Detentions | Removals |
|---|---|---|---|---|
| | MSC Charge Code | | Stay Book In Date Time | Port of Departure |
| | MSC Charge Date | | Stay Book Out Date | Prior Removal |
| | MSC Conviction Date | | Stay Book Out Date Time | Processing Disposition Code |
| | MSC Sentence Days | | Stay Release Reason | |
| | MSC Sentence Months | | | |
| | MSC Sentence Years | | | |
| | Order To Show Cause Served (Yes/No) | | | |
| | Port of Departure | | | |
| | Processing Disposition | | | |
| | Resume Custody (Yes/No) | | | |
| | Statements Made (Yes/No) | | | |

11

**Exhibit E - Page 12 of 22**

| Encounters | Detainers | Arrests | Detentions | Removals |
|---|---|---|---|---|
| | Time of Apprehension Case Category | | | |
| | Time of Apprehension Current Program | | | |

12

**Table B: List of Media Articles Citing Deportation Data Project's June 2025 Data Release from June 24, 2025 to July 14, 2025 (for Expedited Processing)**

| # | Date | Source | Title | Link |
|---|------|--------|-------|------|
| 1 | 2025-06-24 | Los Angeles Times | Most nabbed in L.A. raids were men with no criminal conviction, picked up off the street | https://www.latimes.com/california/story/2025-06-24/detention-centers-swell-with-immigrants-with-no-criminal-record |
| 2 | 2025-06-25 | ABC7 LA | Majority arrested by ICE in LA area have no criminal history, data shows | https://abc7.com/post/more-half-arrested-ice-la-area-have-no-criminal-history-data-shows/16850562/ |
| 3 | 2025-06-26 | ABC7 NY | 35% of New York City ICE arrests aren't criminals, new data shows | https://abc7ny.com/post/immigration-enforcement-35-nyc-ice-arrests-arent-criminals-according-newly-released-data/16855965/ |
| 4 | 2025-06-26 | Los Angeles Times | Asian American leaders urge their communities to stand by Latinos, denounce ICE raids | https://www.latimes.com/california/story/2025-06-26/asian-american-leaders-urge-communities-to-stand-by-latinos-denounce-ice-raids |
| 5 | 2025-06-26 | Chicago Monitor | Majority arrested by ICE in LA area have no criminal history, data shows | https://chicagomonitor.com/2025/06/majority-arrested-by-ice-in-la-area-have-no-criminal-history-data-shows/ |
| 6 | 2025-06-27 | ABC7 LA | Artesia's Little India feels widespread impact of immigration raids | https://abc7.com/post/artesias-little-india-feels-widespread-impact-immigration-raids/16857210/ |
| 7 | 2025-06-27 | New York Times | Immigration Arrests Are Up Sharply in Every State. Here Are the Numbers. | https://www.nytimes.com/interactive/2025/06/27/us/ice-arrests-trump.html |
| 8 | 2025-06-27 | EL PAÍS | The end of Narciso's American dream: The brutal arrest of a Mexican gardener shocks Santa Ana | https://english.elpais.com/usa/2025-06-27/the-end-of-narcisos-american-dream-the-brutal-arrest-of-a-mexican-gardener-shocks-santa-ana.html |
| 9 | 2025-06-27 | Los Angeles Magazine | New Data Shows That Over Half of Those Detained by ICE in Los Angeles Have No Criminal History | https://lamag.com/news/new-data-shows-that-over-half-of-those-detained-by-ice-in-los-angeles-have-no-criminal-history |
| 10 | 2025-06-27 | Premier Christian News | Catholic bishop criticizes ICE raids, calls for respectful immigration reform | https://premierchristian.news/en/news/article/catholic-bishop-criticises-ice-raids |
| 11 | 2025-06-27 | San Francisco Chronicle | Trump says he's deporting 'the worst of the worst.' Here's what California ICE data really shows | https://www.sfchronicle.com/bayarea/article/ice-arrest-immigrant-california-20395589.php |
| 12 | 2025-06-27 | Bangor Daily News | ICE won't say how many people it's arrested in Maine | https://www.bangordailynews.com/2025/06/27/bangor/bangor-police-courts/ice-wont-say-how-many-people-its-arrested-in-maine/ |
| 13 | 2025-06-27 | WFSB 3 | More than half of those arrested by ICE in CT had pending criminal charges, or convictions | https://www.wfsb.com/2025/06/27/more-than-half-those-arrested-by-ice-ct-had-pending-criminal-charges-or-convictions/ |
| 14 | 2025-06-27 | Pagina 12 | O fim do sonho americano de Narciso: a prisão brutal de um jardineiro mexicano choca Santa Ana (The end of Narciso's | https://pagina12.com.br/mundo/2025/06/27/28068-o-fim-do-sonho-americano-de-narciso-a-prisao-brutal-de-um-jardineiro-mexicano-choca-santa-ana |

1

**Exhibit E - Page 14 of 22**

| # | Date | Source | Title | Link |
|---|------|--------|-------|------|
| | | | American dream: The brutal arrest of a Mexican gardener shocks Santa Ana) | |
| 15 | 2025-06-28 | Burbank Leader | Burbank ICE Deportation Flights, Southland Arrests Soar in June | https://outlooknewspapers.com/burbankleader/news/burbank-ice-deportation-flights-southland-arrests-soar-in-june/article_ca292075-6d6a-450b-b8f8-cf1ea9dc9131.html |
| 16 | 2025-06-28 | WJBC AM 1230 | ICE Arrests Surge Nationwide Under Trump Administration | https://www.wjbc.com/2025/06/28/ice-arrests-surge-nationwide-under-trump-administration/ |
| 17 | 2025-06-28 | La Voce di New York | New Data Reveals the Scale of President Trump's Immigration Crackdown | https://lavocedinewyork.com/en/news/2025/06/28/newly-revealed-data-shows-the-scale-of-trumps-immigration-crackdown/ |
| 18 | 2025-06-28 | Chihuahua Express | 3 hijos marines y su padre con papeles; ICE lo arresta por ser jardinero (3 Marine Sons and their father with papers; ICE arrests him because he is a gardener) | https://chihuahuaexpres.com.mx/2025/06/28/3-hijos-marines-y-su-padre-con-papeles-ice-lo-arresta-por-ser-jardinero/ |
| 19 | 2025-06-28 | La Voce di New York | I primi risultati delle operazioni per la "deportazione di massa" di Donald Trump | https://lavocedinewyork.com/news/2025/06/28/i-primi-risultati-delle-operazioni-per-la-deportazione-di-massa-di-donald-trump/ |
| 20 | 2025-06-28 | Noticias Telemundo | Las detenciones migratorias se han duplicado en 38 estados desde que Trump asumió el poder | https://www.telemundo.com/noticias/edicion-noticias-telemundo/inmigracion/video/las-detenciones-migratorias-se-han-duplicado-en-38-estados-desde-que-trump-asumio-el-poder-tmvo12957544 |
| 21 | 2025-06-28 | Los Angeles Times | How does NYC primary win reverberate in Los Angeles politics? | https://www.latimes.com/california/newsletter/2025-06-28/how-does-nyc-primary-win-reverberate-in-los-angeles-politics |
| 22 | 2025-06-29 | Houston Chronicle | It's a prison:' Asylum seekers in Houston detention centers face longer stays, no clear answers | https://www.houstonchronicle.com/news/houston-texas/immigration/article/houston-asylum-seekers-face-longer-detention-ice-20381512.php |
| 23 | 2025-06-29 | WLWT5 | Report: Immigration arrests have tripled across Ohio since Trump inauguration | https://www.wlwt.com/article/immigration-arrests-have-tripled-across-ohio-this-year/65244447 |
| 24 | 2025-06-29 | WOAI 1200 News Radio | ICE Sharply Increases Number of Illegal Aliens Caught | https://woai.iheart.com/featured/san-antonios-first-news/content/2025-06-29-ice-sharply-increases-number-of-illegal-aliens-caught/ |
| 25 | 2025-06-29 | Nebraska Examiner | Immigration enforcement 'hit home' for Trump supporter worried about 'little buddy' ICE detained | https://nebraskaexaminer.com/2025/06/29/immigration-enforcement-hit-home-for-trump-supporter-worried-about-little-buddy-ice-detained/ |
| 26 | 2025-06-30 | Ms Magazine | War on Women Report: MAGA Republicans Hope to Turn Miscarriage Into a Crime and Gut Planned Parenthood | https://msmagazine.com/2025/06/30/war-on-women-report-maga-republicans-miscarriage-crime-planned-parenthood/ |
| 27 | 2025-06-30 | CBS News | ICE detentions of non-criminal immigrants spike; about 8% have violent convictions, analysis of new data shows | https://www.cbsnews.com/news/ice-detentions-non-criminal-immigrants-violent-crime-convictions-analysis/ |

| # | Date | Source | Title | Link |
|---|---|---|---|---|
| 28 | 2025-06-30 | The Journalist's Resources | How to make sense of ICE arrest data | https://journalistsresource.org/home/how-to-make-sense-of-ice-arrest-data/ |
| 29 | 2025-06-30 | Los Angeles Times | California Republicans tell Trump ICE raids should focus on criminals, not ordinary workers | https://www.latimes.com/california/story/2025-06-30/california-republicans-tell-trump-ice-raids-should-focus-on-criminals-not-ordinary-workers |
| 30 | 2025-06-30 | Portland Mercury | Asylum Seekers Are Being Arrested During Mandatory ICE Check-Ins | https://www.portlandmercury.com/news/2025/06/30/47900446/asylum-seekers-are-being-arrested-during-mandatory-ice-check-ins |
| 31 | 2025-07-01 | Cincinnati Enquirer | Immigration arrests in Ohio have tripled this year, new data shows | https://www.cincinnati.com/story/news/politics/2025/07/01/immigration-arrests-increase-in-ohio-and-kentucky/84415726007/ |
| 32 | 2025-07-01 | Bloomberg | NYC's Immigration Arrests Jump 11%, Putting Sanctuary City to Test | https://www.bloomberg.com/news/articles/2025-07-01/new-york-city-immigration-arrests-jump-31-putting-sanctuary-city-to-test?srnd=homepage-americas |
| 33 | 2025-07-01 | Bloomberg | Senate Tax Bill Targeting Medicaid Heads to House | https://www.bloomberg.com/news/newsletters/2025-07-01/senate-gop-s-tax-bill-targeting-medicaid-heads-to-house-evening-briefing |
| 34 | 2025-07-01 | ABC 45 News | DHS says its list of facts debunk 'fake narratives' about ICE operations | https://abc45.com/news/nation-world/dhs-says-its-list-of-facts-debunk-fake-narratives-about-ice-operations-immigration-enforcement-trump-administration-homeland-security |
| 35 | 2025-07-01 | WKRN | Majority of ICE arrestees in Tennessee have criminal record, new ICE data says | https://www.wkrn.com/news/tennessee-politics/tn-ice-arrests-data/ |
| 36 | 2025-07-01 | Bloomberg | NYC's Immigration Arrests Jump 11%, Putting Sanctuary City to Test (Correct) | https://news.bloomberglaw.com/immigration/nycs-immigration-arrests-jump-31-putting-sanctuary-city-to-test |
| 37 | 2025-07-01 | Honolulu Civil Beat | As Immigrant Arrests Rise, Hawaiʻi Political Leaders Condemn ICE Tactics | https://www.civilbeat.org/2025/07/immigrant-arrests-rise-hawaii-political-leaders-condemn-ice-tactics/ |
| 38 | 2025-07-01 | El Universal (Yahoo) | Se disparan 700% agresiones contra agentes del ICE en EU | https://es-us.noticias.yahoo.com/disparan-700-agresiones-agentes-ice-213735837.html |
| 39 | 2025-07-01 | News 4 JAX | ICE has made nearly 10,000 arrests in Florida since Trump took office; over 3,000 in Georgia, New York Times data shows | https://www.news4jax.com/news/local/2025/07/01/ice-has-made-nearly-10000-arrests-in-florida-since-trump-took-office-over-3000-in-georgia-data-shows/ |
| 40 | 2025-07-01 | ABC 7 | ICE agents in Midwest jurisdiction recently arresting more who have no prior criminal convictions | https://abc7chicago.com/post/ice-agents-midwest-jurisdiction-recently-arresting-more-have-no-prior-criminal-convictions-charges/16908927/ |
| 41 | 2025-07-01 | ABC News | Trump vowed to deport the 'worst of the worst' -- but new data shows a shift to also arresting non-criminals | https://abcnews.go.com/US/trump-vowed-deport-worst-worst-new-data-shows/story?id=123287810 |
| 42 | 2025-07-01 | El Tiempo | Estos son los 10 estados en donde más detienen a migrantes en Estados Unidos: ICE adoptó métodos más agresivos | https://www.eltiempo.com/mundo/eeuu-y-canada/estos-son-los-10-de-estados-en-donde-mas-detienen-a-migrantes-en-estados-unidos-ice-adopto-metodos-mas-agresivos-3468126 |

3

**Exhibit E - Page 16 of 22**

| # | Date | Source | Title | Link |
|---|------|--------|-------|------|
| 43 | 2025-07-01 | The Telegraph | Welcome to 'Alligator Alcatraz': Trump's swamp jail to aid record migrant crackdown | https://www.telegraph.co.uk/us/news/2025/07/01/donald-trump-immigration-crackdown-charts-data-florida/ |
| 44 | 2025-07-02 | New York Times | What's in the Trump Policy Bill? | https://www.nytimes.com/2025/07/01/briefing/trump-policy-bill.html |
| 45 | 2025-07-02 | Zócalo | Suben 700% los ataques contra agentes del ICE durante redadas en Estados Unidos | https://www.zocalo.com.mx/suben-700-los-ataques-contra-agentes-del-ice-durante-redadas-en-estados-unidos/ |
| 46 | 2025-07-02 | El Tiempo (Bogota)-Pressreader | Trump visita el 'Alcatraz de los caimanes' | https://www.pressreader.com/colombia/el-tiempo-bogota/20250702/281517937118462 |
| 47 | 2025-07-02 | Mega Noticias | Ataques contra agentes migratorios suben 700% en Estados Unidos | https://www.meganoticias.mx/s-luis-r-colorado/noticia/ataques-contra-agentes-migratorios-suben-700-en-estados-unidos/639090 |
| 48 | 2025-07-02 | Pulzo | Los 10 estados en donde más detienen migrantes en EE. UU.: medidas de Trump encienden alarmas | https://www.pulzo.com/mundo/estados-unidos/estados-unidos-hoy-lista-10-estados-donde-detienen-migrantes-PP4626428 |
| 49 | 2025-07-02 | Des Moines Register | Have ICE arrests, deportations in Iowa climbed under President Trump? What the numbers say | https://www.desmoinesregister.com/story/news/2025/07/02/ice-raids-data-increasing-rate-of-arrests-deportations-iowa/84390913007/ |
| 50 | 2025-07-02 | Los Angeles Times (Yahoo) | Arellano: Trump was winning with Latinos. Now, his cruelty is derailing him | https://www.yahoo.com/news/arellano-trump-winning-latinos-now-100000476.html |
| 51 | 2025-07-02 | Johnson County Post | 'We are not fine' — Johnson Countians gather for 2 pro-immigrant rallies in Olathe | https://johnsoncountypost.com/2025/07/02/we-are-not-fine-johnson-countians-gather-for-2-pro-immigrant-rallies-in-olathe-263128/ |
| 52 | 2025-07-02 | Miami Herald | Trump's random immigration raids could ruin 2026 FIFA World Cup in U.S. \| Opinion | https://www.miamiherald.com/news/local/news-columns-blogs/andres-oppenheimer/article309811715.html |
| 53 | 2025-07-02 | The Tennessean (Yahoo) | Here's how much ICE arrests have risen in Tennessee since Trump took office | https://www.yahoo.com/news/much-ice-arrests-risen-tennessee-193409670.html |
| 54 | 2025-07-02 | Poynter | When immigration data becomes political theater | https://www.poynter.org/reporting-editing/2025/immigration-data-arrest-quotas-austin-kocher/ |
| 55 | 2025-07-02 | Axios | Immigration crackdown ripples through economy | https://www.axios.com/2025/07/02/trump-immigration-crackdown-economy |
| 56 | 2025-07-02 | The Guardian | Kirsten Gillibrand apologizes to Zohran Mamdani over 'jihad' claim | https://www.theguardian.com/us-news/2025/jul/02/zohran-mamdani-kirsten-gillibrand-apologizes |
| 57 | 2025-07-03 | The Washington Post | ICE increasingly targets undocumented migrants with no criminal record | https://www.washingtonpost.com/immigration/2025/07/03/ice-arrests-migrants-criminal-record-numbers/ |
| 58 | 2025-07-03 | NetEase | 纽约被捕移民激增31%，庇护城市失守？ (Immigrant arrests in New York surge 31%, is the sanctuary city failing?) | https://www.163.com/dy/article/K3GU56470552JRS3.html |
| 59 | 2025-07-03 | France 24 | In California, fear of racial profiling grips Latino communities | https://www.france24.com/en/live-news/20250703-in-california-fear-of-racial-profiling-grips-latino-communities |

4

| # | Date | Source | Title | Link |
|---|------|--------|-------|------|
| 60 | 2025-07-03 | KCRG ABC | Immigration data shows surge in detentions and deportations in Iowa | https://www.kcrg.com/2025/07/03/immigration-data-shows-surge-detentions-deportations-iowa/ |
| 61 | 2025-07-03 | Los Angeles Times (Pressreader) | Trump waging an 'assault' on L.A., Bass says | https://www.pressreader.com/usa/los-angeles-times/20250703/281874419406626 |
| 62 | 2025-07-03 | The Honolulu Star-Advertiser (Yahoo) | Hawaii lawmakers demand immigration arrest briefings | https://www.yahoo.com/news/hawaii-lawmakers-demand-immigration-arrest-160300318.html |
| 63 | 2025-07-03 | The Tennessee Conservative | Report States Majority Of Tennessee Illegal Aliens Arrested By ICE Have Criminal Records | https://tennesseeconservativenews.com/report-states-majority-of-tennessee-illegal-aliens-arrested-by-ice-have-criminal-records/ |
| 64 | 2025-07-03 | Vermont Public | ICE arrests are up in Connecticut. Here's where migrants were apprehended | https://www.vermontpublic.org/2025-07-03/ice-arrests-connecticut-where-migrants-were-apprehended |
| 65 | 2025-07-03 | Hola America | Have ICE arrests, deportations in Iowa climbed under President Trump? What the numbers say | https://holaamericanews.com/have-ice-arrests-deportations-in-iowa-climbed-under-president-trump-what-the-numbers-say/ |
| 66 | 2025-07-03 | Mundo Now | Aumentan 700% las agresiones contra agentes de ICE en EE. UU. | https://mundonow.com/violencia-contra-ice-se-dispara-por-operativos-migratorios/ |
| 67 | 2025-07-03 | El Venezolano News | Los 10 estados de EEUU donde más detienen a migrantes | https://elvenezolanonews.com/los-10-estados-de-eeuu-donde-mas-detienen-a-migrantes/ |
| 68 | 2025-07-03 | Primera Edición COL | Los 10 estados donde más detienen a migrantes en EE. UU: Texas y Florida | https://primeraedicioncol.com/los-10-estados-donde-mas-detienen-a-migrantes-en-ee-uu-texas-y-florida/ |
| 69 | 2025-07-03 | El Tiempo MX | Ventas de Modelo y Corona caen en EE.UU. por deportaciones y aranceles | https://eltiempomx.com/noticia/2025/ventas-de-modelo-y-corona-caen-en-eeuu-por-deportaciones-y-aranceles.html |
| 70 | 2025-07-03 | Telemundo Nashville | Más de dos mil quinientas personas detenidas por ICE en Tennessee en tan sólo seis meses | https://www.telemundonashville.com/2025/07/04/ms-de-dos-mil-quinientas-personas-detenidas-por-ice-en-tennessee-en-tan-slo-seis-meses/ |
| 71 | 2025-07-03 | NPR | Immigrants with no criminal convictions represent sharpest growth in ICE detention population | https://www.npr.org/2025/07/03/nx-s1-5456246/immigrants-no-criminal-convictions-growth-ice-detention-population |
| 72 | 2025-07-03 | The Washington Post | ICE increasingly targets undocumented migrants with no criminal record | https://www.washingtonpost.com/immigration/2025/07/03/ice-arrests-migrants-criminal-record-numbers/ |
| 73 | 2025-07-03 | NPR | Sharpest growth in ICE detention population: people with no criminal convictions | https://www.npr.org/2025/07/03/nx-s1-5454891/sharpest-growth-in-ice-detention-population-people-with-no-criminal-convictions |
| 74 | 2025-07-03 | The Minnesota Star Tribune | Two dozen Hmong Minnesotans await deportation to Laos after new round of ICE arrests | https://www.startribune.com/hmong-minnesotans-face-deportation-laos-ice-arrests/601385285 |

5

| # | Date | Source | Title | Link |
|---|------|--------|-------|------|
| 75 | 2025-07-04 | Euronews (Yahoo) | IceBlock: Thousands flock to app that tracks US immigration agents after White House backlash | https://www.euronews.com/next/2025/07/04/iceblock-thousands-flock-to-app-that-tracks-us-immigration-agents-after-white-house-backla |
| 76 | 2025-07-04 | Diken | ABD'de göçmenleri korumak için 'sivil direniş': ICEBlock (ICEBlock: Civil resistance to protect immigrants in the US) | https://www.diken.com.tr/abdde-gocmenleri-korumak-icin-sivil-direnis-iceblock/ |
| 77 | 2025-07-04 | Mwakilishi | Non-Criminal Immigrants Now Make Up Fastest-Growing Segment in US ICE Detention | https://www.mwakilishi.com/article/immigration-news/2025-07-04/non-criminal-immigrants-now-make-up-fastest-growing-segment-in |
| 78 | 2025-07-04 | AK-24 | Raidurile antiimigratie ale lui Trump au lasat pustii parti din Los Angeles (Trump's anti-immigration raids have left parts of Los Angeles deserted) | https://www.aktual24.ro/raidurile-antiimigratie-ale-lui-trump-au-lasat-pustii-parti-din-los-angeles/#google_vignette |
| 79 | 2025-07-04 | LAist | ICE deportations | https://laist.com/brief/news/immigrants-with-no-criminal-convictions-represent-sharpest-growth-in-ice-detention-population |
| 80 | 2025-07-04 | Aljazeera | How Donald Trump's spending bill could kick US deportations into overdrive | https://www.aljazeera.com/news/2025/7/4/how-donald-trumps-spending-bill-could-kick-us-deportations-into-overdrive |
| 81 | 2025-07-04 | CNN Brasil | Batida contra imigrantes na Califórnia transforma comércio em rua fantasma (Raid on immigrants in California turns businesses into ghost streets) | https://www.cnnbrasil.com.br/internacional/batidas-contra-imigrantes-na-california-transforma-comercio-em-rua-fantasma/ |
| 82 | 2025-07-05 | LNG in Northern BC | Beats against immigrants in California transforms commerce into Ghost Street | https://lnginnorthernbc.ca/2025/07/05/beats-against-immigrants-in-california-transforms-commerce-into-ghost-street/ |
| 83 | 2025-07-05 | CNN (Bundle) | ICE raids are turning parts of the US' second biggest city into ghost towns | https://www.bundle.app/en/nachrichten/ice-raids-are-turning-parts-of-the-us'-second-biggest-city-into-ghost-towns-4a1b400d-c25b-46d9-80bf-e2c6ef00f661#google_vignette |
| 84 | 2025-07-05 | EL PAÍS | Texas cements its position as the leader of Trump's anti-immigrant crusade with 20,000 arrests in five months | https://english.elpais.com/usa/2025-07-05/texas-cements-its-position-as-the-leader-of-trumps-anti-immigrant-crusade-with-20000-arrests-in-five-months.html |
| 85 | 2025-07-05 | La Nacion | En Carolina del Norte: cuántos migrantes han sido detenidos por el ICE hasta la fecha | https://www.lanacion.com.ar/estados-unidos/carolina-del-norte/en-carolina-del-norte-cuantos-migrantes-han-sido-detenidos-por-el-ice-hasta-la-fecha-nid05072025/ |
| 86 | 2025-07-05 | El Nuevo Dia | Seis de cada 10 inmigrantes detenidos por ICE no tienen antecedentes criminales | https://www.elnuevodia.com/corresponsalias/washington-dc/notas/seis-de-cada-10-inmigrantes-detenidos-por-ice-no-tienen-antecedentes-criminales/ |
| 87 | 2025-07-05 | Quadratin (Yucatan and Chiapas) | Revelan los estados en los que ICE detiene a más migrantes en EU | https://yucatan.quadratin.com.mx/internacional/revelan-los-estados-en-los-que-ice-detiene-a-mas-migrantes-en-eu/ |

| # | Date | Source | Title | Link |
|---|------|--------|-------|------|
| 88 | 2025-07-06 | Las Vegas Review-Journal (Pressreader) | ICE's trickle-down effect | https://www.pressreader.com/usa/las-vegas-review-journal-sunday/20250706/281509347192353 |
| 89 | 2025-07-06 | The Gazette | Eastern Iowans rally around West Liberty soccer player detained by ICE | https://www.thegazette.com/government-politics/eastern-iowans-rally-around-west-liberty-soccer-player-detained-by-ice/ |
| 90 | 2025-07-06 | MLive | ICE arrests in Michigan jumped 154% since Trump took office | https://www.mlive.com/news/2025/07/ice-arrests-in-michigan-jumped-154-since-trump-took-office.html |
| 91 | 2025-07-07 | The Economist | ICE's big payday makes mass deportation possible | https://www.economist.com/united-states/2025/07/07/ices-big-payday-makes-mass-deportation-possible |
| 92 | 2025-07-07 | The Denver Post | Immigration arrests in Colorado have surged under the Trump administration. Now we know how much. | https://www.denverpost.com/2025/07/07/colorado-immigration-arrest-data-donald-trump-deportations/ |
| 93 | 2025-07-07 | Pittsburgh Post-Gazette | ICE detentions surge across Western Pennsylvania, new data shows | https://www.post-gazette.com/news/politics-nation/2025/07/07/ice-immigration-western-pa-arrest-raids-trump-bill/stories/202507030095 |
| 94 | 2025-07-07 | Pittsburgh Post-Gazette | Immigration crackdowns target of Downtown rally | https://www.post-gazette.com/local/city/2025/07/07/immigration-ice-rally-pittsburgh/stories/202507060113 |
| 95 | 2025-07-07 | Oregon Live- The Oregonian | ICE arrested him in Oregon. His 24-year-old fiancée wonders what will happen to their toddler | https://www.oregonlive.com/politics/2025/07/ice-arrested-him-in-oregon-his-24-year-old-fiancee-wonders-what-will-happen-to-their-toddler.html |
| 96 | 2025-07-07 | Bloomberg | Trump Immigration Enforcer Says ICE Will Boost Raids in New York | https://www.bloomberg.com/news/articles/2025-07-07/trump-immigration-enforcer-says-ice-will-double-down-on-new-york |
| 97 | 2025-07-07 | Maine Public Radio | ICE arrests in Maine are up 50% since Trump took office, according to new data | https://www.mainepublic.org/maine/2025-07-07/ice-arrests-in-maine-are-up-50-since-trump-took-office-according-to-new-data |
| 98 | 2025-07-07 | Fox Rio Grande Valley | ICE Arrests Surge: Texas Communities Grapple with 92% Increase Amid Immigration Crackdown | https://foxrgv.tv/ice-arrests-surge-texas-communities-grapple-with-92-increase-amid-immigration-crackdown/ |
| 99 | 2025-07-07 | 13 News Now | Youngkin lauds federal and local cooperation in Virginia immigrant arrests | https://www.13newsnow.com/article/news/local/virginia/virginia-immigration-arrests-greater-rate-florida-texas/291-f01c5011-8232-47c0-a232-bf86ba77342d |
| 100 | 2025-07-07 | Williamette Week | Immigration Arrests in Oregon Have Tripled Since Trump Took Office | https://www.wweek.com/news/schools/2025/07/07/immigration-arrests-in-oregon-have-tripled-since-trump-took-office/ |
| 101 | 2025-07-08 | The Mercury News | Immigration arrests in San Francisco region up 77% since Trump took office | https://www.mercurynews.com/2025/07/06/immigration-arrest-data-ice-trump-san-francisco-bay-region/ |
| 102 | 2025-07-08 | The San Diego Union-Tribune | What the data says about who ICE is arresting in San Diego | https://www.sandiegouniontribune.com/2025/07/06/what-the-data-say-about-who-ice-is-arresting-in-san-diego/ |

7

| # | Date | Source | Title | Link |
|---|---|---|---|---|
| 103 | 2025-07-08 | ABC 10 News San Diego | BEHIND THE NUMBERS: How immigration enfocement has recently transformed in San Diego | https://www.10news.com/news/local-news/san-diego-news/behind-the-numbers-how-immigration-enfocement-has-recently-transformed-in-san-diego |
| 104 | 2025-07-08 | WUSF NPR | Immigration arrests are up nationwide. Here's a look at Florida's numbers | https://www.wusf.org/politics-issues/2025-07-08/immigration-arrests-up-nationwide-heres-a-look-at-floridas-numbers |
| 105 | 2025-07-08 | Des Moines Register | 'A kid with no record': 20-year-old Iowa man detained by ICE, deported to Guatemala | https://www.desmoinesregister.com/story/news/2025/07/08/iowa-man-pascual-pedro-deported-guatemala-ice/84492168007/ |
| 106 | 2025-07-08 | Louisiana Illuminator | She was a rising senior on the honor roll. ICE just upended her life. | https://lailluminator.com/2025/07/08/ice-guatemala/ |
| 107 | 2025-07-08 | Enlace Latino | Most of those detained by ICE have no criminal record. | https://enlacelatinonc.org/en/Most-of-those-arrested-have-no-criminal-record/ |
| 108 | 2025-07-09 | News from the States | While ICE arrests in Maine double, governor delays deciding on limits for local police cooperation | https://www.newsfromthestates.com/article/while-ice-arrests-maine-double-governor-delays-deciding-limits-local-police-cooperation |
| 109 | 2025-07-09 | Cincinnati Enquirer | 7 in 10 ICE detainees at Butler County Jail have no criminal convictions | https://www.usatoday.com/story/news/2025/07/09/ice-detainees-butler-ohio-jail-criminal-record/84219082007/?gnt-cfr=1&gca-cat=p |
| 110 | 2025-07-09 | Capital Economics | Immigration crackdown hitting labour supply | https://www.capitaleconomics.com/publications/us-economics-update/immigration-crackdown-hitting-labour-supply |
| 111 | 2025-07-09 | Blue Ridge Public Radio | New ICE data shows spike in arrests across North Carolina | https://www.bpr.org/2025-07-09/new-ice-data-shows-spike-in-arrests-across-north-carolina |
| 112 | 2025-07-09 | Iowa's News Now | Trump's mixed messages on farm labor spark confusion amid ongoing immigration crackdown | https://cbs2iowa.com/news/local/trumps-mixed-messages-on-farm-labor-spark-confusion-amid-ongoing-immigration-crackdown-ice-deportation-migration-agriculture-farming-crops |
| 113 | 2025-07-09 | WQHR Public Media | New ICE data shows spike in arrests across North Carolina | https://www.whqr.org/2025-07-09/new-ice-data-shows-spike-in-arrests-across-north-carolina |
| 114 | 2025-07-09 | Financial Times | ICE dragnet strikes terror in US immigrant communities | https://www.ft.com/content/4fef46f0-7d1e-4a68-8300-beaf11b5bc46 |
| 115 | 2025-07-10 | KQED | Searching for a Loved One in ICE Custody? Here's What You Need to Know | https://www.kqed.org/news/12047506/searching-for-a-loved-one-in-ice-custody-heres-what-you-need-to-know |
| 116 | 2025-07-10 | Deseret News | ICE arrests have tripled across the West. Inside the reasons and the costs | https://www.deseret.com/politics/2025/07/10/ice-arrests-of-unauthorized-immigrants-triple-across-western-states-under-trump/ |
| 117 | 2025-07-10 | Fox 13 Salt Lake City | ICE escalates arrests of Utahns not accused of crimes | https://www.fox13now.com/news/fox-13-investigates/ice-escalates-arrests-of-utahns-not-accused-of-crimes |
| 118 | 2025-07-11 | USA Today | Florida, Utah, Iowa among states that have tripled daily ICE arrests since January: Report | https://www.usatoday.com/story/news/politics/2025/07/11/ice-arrests-deportations-obama-trump/84502428007/ |

| # | Date | Source | Title | Link |
|---|---|---|---|---|
| 119 | 2025-07-11 | Palm Beach Post | Florida has tripled daily ICE arrests. Will Trump hit 1 million deportations annually? | https://www.palmbeachpost.com/story/news/2025/07/11/florida-ice-arrests-deportations/84522177007/ |
| 120 | 2025-07-11 | New York Times | Immigration Arrests in Los Angeles Spike Amid Aggressive Enforcement | https://www.nytimes.com/2025/07/11/us/politics/los-angeles-immigration-enforcement.html |
| 121 | 2025-07-11 | Cap Radio | ICE arrests asylum seeker after Sacramento court hearing | https://www.capradio.org/articles/2025/07/11/ice-arrests-asylum-seeker-after-sacramento-court-hearing/ |
| 122 | 2025-07-12 | California Globe | California Illegal Immigrant Arrests On The Rise With Renewed Federal West Coast Focus | https://californiaglobe.com/fr/california-illegal-immigrant-arrests-on-the-rise-with-renewed-federal-west-coast-focus/ |
| 123 | 2025-07-12 | La Stampa | Giudice blocca i raid anti-immigrazione voluti dall'amministrazione Trump: "Basta arresti arbitrari" (A judge blocks anti-immigration raids ordered by the Trump administration: "No more arbitrary arrests.") | https://www.lastampa.it/esteri/2025/07/12/news/arresti_immigrati_los_angeles_america_usa_trump_giudice-15229104/ |
| 124 | 2025-07-13 | La Nacion | Cuántos inmigrantes han sido detenidos por redadas del ICE en Ohio hasta la fecha | https://www.lanacion.com.ar/estados-unidos/migraciones/cuantos-inmigrantes-han-sido-detenidos-por-redadas-del-ice-en-ohio-hasta-la-fecha-nid13072025/ |
| 125 | 2025-07-14 | The City | Immigration arrests just shot through the roof | https://www.thecity.nyc/newsletter/immigration-arrests-just-shot-through-the-roof/ |

**Exhibit E - Page 22 of 22**