DAVID K. HAUSMAN,

        Plaintiff,

    v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

        Defendants.

Case No. 3:26-cv-03730

**DECLARATION OF JOSEPH MAHR IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, I, Joseph Mahr, declare and state as follows:

1. I am a journalist with the Chicago Tribune, a daily newspaper based in Chicago, Illinois, that on May 4, 2026, was awarded the Pulitzer Prize for Local Reporting for its 2025 work covering a federal immigration enforcement action known as Operation Midway Blitz. As part of my duties for that work and other articles, I routinely have analyzed government datasets for relevant information to publish online and in print.

2. I am over the age of 18, have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as set forth below. I submit this declaration in support of the Plaintiff's motion for preliminary injunction in the above-captioned action.

3. On Aug. 15, 2025, I submitted a Freedom of Information Act (FOIA) request to ICE requesting individual-level, anonymized immigration enforcement data on arrests, detentions, removals, encounters, and detainers requests. I mirrored the language and scope of my request to one that had been successful in getting ICE to produce data that had been obtained

1

and publicly released by Deportation Data Project (DDP). A true and correct copy of my request is attached as **Exhibit A**.

4. On Sept. 15, 2025, ICE responded to my request by referring me to its website where it said it hosted data previously released and published by DDP. ICE did not provide an updated dataset, per my request, nor did it respond to my request to begin proactively releasing the data monthly. A true and correct copy of ICE's response to my request is attached as **Exhibit B**.

5. I had been seeking updated and regularly refreshed data because the second Trump Administration had significantly boosted immigration enforcement in the Chicago area, and I wanted to assess the types of people federal agents had been targeting for enforcement. Illinois law has long required local jails and state prisons to release the names of those it detains, allowing journalists to better research the types of people caught up in police actions. But that level of transparency is not required of federal agents conducting immigration enforcement. ICE's parent agency, U.S. Department of Homeland Security (DHS), has occasionally issued press releases listing names and criminal backgrounds of some of those agents detained. But the agency, despite requests from journalists, has not released details on the vast majority of those in the Chicago area whom its agents encountered, detained and deported. That left FOIA as a primary vehicle to obtain some level of comprehensive details on those targeted by federal agents. The public interest in such information grew in the summer of 2025, after President Trump, in a June 15, 2025, post on social media, "ordered" ICE to expand detention and deportation efforts in major cities including Chicago, saying he had "directed my entire Administration to put every resource possible behind this effort." A true and correct copy of the Truth Social post is attached as **Exhibit C**.

6.	On Sept. 8, 2025, while my FOIA request was pending,  DHS launched what it termed Operation Midway Blitz, to "target the worst of the worst criminal illegal aliens in Chicago." A true and correct copy of an excerpt of DHS's press release is attached as **Exhibit D**.

7.	ICE continued to avoid releasing daily figures or background information of the vast majority of those it detained. Without the agency regularly releasing such data to me under my FOIA request, I was unable to analyze ICE data to offer the public a more timely accounting of figures of those detained and their backgrounds in what had become a highly controversial operation in Chicago.

8.	Because ICE had denied my FOIA request, I was left to rely on data occasionally obtained by DDP. The first batch of that data covering Operation Midway Blitz wasn't obtained and released by DDP until Dec. 1, 2025, which was after the main, 64-day surge of the operation had ended. Even then, that data covered operations only through mid-October, or roughly halfway through Operation Midway Blitz. That meant I could offer the public only a partial accounting of the operation, based on the available data. With that data, I produced an article for the Chicago Tribune, published Dec. 1, 2025, that found two-thirds of those detained in the first half of the operation had no known criminal convictions or pending charges. A true and correct copy of that article is attached as **Exhibit E**.

9.	Without ICE regularly releasing the data on a monthly basis, I was unable to compute a comprehensive analysis of Operation Midway Blitz until DDP obtained and released another batch of data, on March 30, 2026 – roughly four months after the operation's main surge ended. Analyzing that data, I wrote an article, published by the Chicago Tribune on March 31, 2026, that reported that the operation resulted in the detention of roughly 3,800 people and

3

deportation of roughly 2,500 – most of them with no criminal record. A true and correct copy of that article is attached as **Exhibit F**.

10. To perform my job in helping report on the enhanced enforcement efforts of the second Trump Administration, I continue to seek regularly updated, comprehensive data on those whom federal agents encounter, detain and deport.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this fifth day of May 2026, in Chicago, Illinois.

_Joseph Mahr_

Joseph Mahr