# EXHIBIT 2

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Celena Heredia Nelson (State Bar No. 356840)
chnelson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Amici Curiae Professors, Researchers, and Journalists.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. HAUSMAN, | Case No. 4:26-cv-03730-AMO |
| Plaintiff, | **RULE 7.1 DISCLOSURE STATEMENT OF THE NEW YORK TIMES COMPANY** |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

3503878.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for amici The New York Times Company certifies as follows:

The New York Times Company has no parent company and no publicly held corporation owns 10% or more of its stock.

Dated:    May 14, 2026          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Celena Heredia Nelson (State Bar No. 356840)
chnelson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Amici Curiae Professors, Researchers, and Journalists*

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Celena Heredia Nelson (State Bar No. 356840)
chnelson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Amici Curiae Professors, Researchers, and Journalists.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. HAUSMAN,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>       Defendants. | Case No. 4:26-cv-03730-AMO<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF <u>DOW JONES AND COMPANY, INC, PUBLISHER OF THE WALL STREET JOURNAL</u>** |

3503907.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for amici Dow Jones and Company, Inc., publisher of *The Wall Street Journal* certifies as follows:

Dow Jones and Company, Inc. ("Dow Jones") hereby discloses that Dow Jones is a Delaware corporation with its principal place of business in New York. Dow Jones is an indirect subsidiary of News Corporation ("News Corp"), a publicly held company. Ruby Newco, LLC, an indirect subsidiary of News Corp and a non-publicly held company, is the direct parent of Dow Jones. News Preferred Holdings, Inc., a subsidiary of News Corp., is the direct parent of Ruby Newco, LLC. No publicly traded corporation currently owns 10% or more of the stock of Dow Jones.

Dated:     May 14, 2026               LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


_____
Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Celena Heredia Nelson (State Bar No. 356840)
chnelson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Amici Curiae Professors, Researchers, and Journalists*

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Celena Heredia Nelson (State Bar No. 356840)
chnelson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Amici Curiae Professors, Researchers, and Journalists.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. HAUSMAN, | Case No. 4:26-cv-03730-AMO |
| Plaintiff, | **RULE 7.1 DISCLOSURE STATEMENT OF CBS BROADCASTING INC.** |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for amici CBS Broadcasting Inc. certifies as follows:

CBS Broadcasting Inc. ("CBS") hereby discloses that CBS is a wholly owned subsidiary of Paramount Global. Paramount Global is a wholly owned subsidiary of Paramount Skydance Corporation, a publicly traded company.

Dated:       May 18, 2026

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Celena Heredia Nelson (State Bar No. 356840)
chnelson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Amici Curiae Professors, Researchers, and Journalists*

3504870.1

-2-

RULE 7.1 DISCLOSURE STATEMENT
CASE NO. 4:26-CV-03730-AMO