CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-7234
    Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID K. HAUSMAN, | CASE NO. 4:26-CV-03730-AMO |
| Plaintiff, | **PARTIES' STIPULATION TO EXTEND TIME TO RESPOND TO THE COURT'S JUNE 18, 2026 ORDER; [PROPOSED] ORDER** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | Hon. Araceli Martinez-Olguin |
| Defendant. | |

Plaintiff David K. Hausman and Defendant U.S. Immigration and Customs Enforcement hereby stipulate as follows:

WHEREAS, on May 6, 2026, Plaintiff filed a motion for preliminary injunction in this matter, requesting that the Court order Defendant to (1) expedite processing of Plaintiff's pending FOIA requests and produce responsive records within eight working days; (2) make determinations on Plaintiff's future FOIA requests and produce responsive records within 28 working days; and (3) submit quarterly compliance reports.  ECF No. 12 (the "Motion"); and

WHEREAS, on May 27, 2026, Defendant filed an opposition to Plaintiff's Motion, ECF No. 26, and Plaintiff filed a reply on June 3, 2026.  ECF No. 29; and

WHEREAS, The Court heard Plaintiff's Motion on June 18, 2026, and provided the parties with two potential options: (1) agree to file supplemental briefings to address the Court's concerns and questions regarding the Motion; or (2) agree to a referral to a magistrate judge for settlement discussions.  ECF No. 31; and

WHEREAS, the Court ordered the parties to provide a response by June 22, 2026; and

WHEREAS, after the hearing, the parties have continued to meet and confer on the two possible options; and

WHEREAS, Defendant informed Plaintiff that it would likely need an additional day to discuss internally within the agency and with the Department of Homeland Security, and the parties agreed to a one-day extension; and

NOW THEREFORE, the parties hereby STIPULATE, pursuant to Local Rule 6-1(a) and 6-2(a), that the time within which the parties shall respond to the Court's June 18, 2026 order is extended to June 23, 2026.

Date: June 22, 2026                              Respectfully submitted,[1]

                                                 CRAIG MISSAKIAN
                                                 United States Attorney

                                        By:      _/s/ Nag Young Chu_
                                                 NAG YOUNG CHU
                                                 Assistant United States Attorney

                                                 *Attorneys for Defendant*

Date: June 22, 2026                              */s/ Amber Qureshi*
                                                 Amber Qureshi
                                                 Law Office of Amber Qureshi, LLC

Date: June 22, 2026                              */s/ Khaled Alrabe*
                                                 Khaled Alrabe
                                                 National Immigration Project

                                                 *Attorneys for Plaintiff*

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

PARTIES' STIPULATION TO EXTEND TIME FOR RESPONSE
4:26-CV-03730-AMO                                3

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The parties shall respond by June 23, 2026, to the Court's order on June 18, 2026, notifying the Court whether the parties intend to be referred to a magistrate judge for settlement or whether they will file supplemental briefs.

Date: _____

_____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge