Khaled Alrabe (CA SBN 349899)
Email: khaled@nipnlg.org
NATIONAL IMMIGRATION PROJECT
1400 Shattuck Ave, Suite 12 PMB #141
Berkeley, CA 94709
Telephone: (617) 227-9727

Amber Qureshi (DC 90001046)*
Email: amber@qureshilegal.com
LAW OFFICE OF AMBER QURESHI, LLC
6925 Oakland Mills Road PMB#207
Columbia, MD 21045
Telephone: (443) 583-4353

* Admitted *pro hac vice*

 *Attorneys for Plaintiff David K. Hausman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID K. HAUSMAN, | Case No. 4:26-cv-03730-AMO |
| Plaintiff, | **NOTICE** |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| Defendant. | |

Pursuant to the Court's instructions at the hearing on June 18, 2026, the parties file this Notice to inform the Court of their discussions since the hearing, and the parties' view on next steps in this matter.

The parties have been discussing a possible settlement of this case since Plaintiff filed his motion for preliminary injunction on May 7, 2026. The parties have met and conferred to find a potential compromise, but they have been unable to reach agreement thus far. Although the parties are continuing to explore possible settlement in the coming days, the parties request that the Court set deadlines for supplemental briefing to address the Court's concerns regarding the 'irreparable harm' factor in Plaintiff's motion for preliminary injunction. In the meantime, if settlement discussions are fruitful, the parties may request an extension of the briefing deadlines.

The parties request that the Court set the following schedule for supplemental briefing in this matter:

- Plaintiff files a supplemental brief by June 29, 2026;
- Defendant files a response by July 6, 2026; and
- Plaintiff files a reply by July 8, 2026.

Date: June 23, 2026

Respectfully submitted,[1]

  /s/ Amber Qureshi
Amber Qureshi
Law Office of Amber Qureshi, LLC

  /s/ Khaled Alrabe
Khaled Alrabe
National Immigration Project

Attorneys for Plaintiff

Date: June 23, 2026

CRAIG MISSAKIAN
United States Attorney

/s/ Nag Young Chu
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED

Judge Araceli Martínez-Olguín

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 6/24/2026

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.