CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-7234
    Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID K. HAUSMAN, | CASE NO. 4:26-CV-03730-AMO |
| Plaintiff, | **PARTIES' STIPULATION TO EXTEND TIME FOR SUPPLEMENTAL BRIEFS REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | Hon. Araceli Martinez-Olguin |
| Defendant. | |

Plaintiff David K. Hausman and Defendant U.S. Immigration and Customs Enforcement (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, on May 6, 2026, Plaintiff filed a motion for preliminary injunction in this matter, requesting that the Court order Defendant to (1) expedite processing of Plaintiff's pending FOIA requests and produce responsive records within eight working days; (2) make determinations on Plaintiff's future FOIA requests and produce responsive records within 28 working days; and (3) submit quarterly compliance reports, ECF No. 12 (the "Motion"); and

WHEREAS, on May 27, 2026, Defendant filed an opposition to Plaintiff's Motion, ECF No. 26, and Plaintiff filed a reply on June 3, 2026, ECF No. 29; and

WHEREAS, The Court heard Plaintiff's Motion on June 18, 2026, and provided the parties with two potential options: (1) agree to file supplemental briefings to address the Court's concerns and questions regarding the Motion; or (2) agree to a referral to a magistrate judge for settlement discussions, ECF No. 31; and

WHEREAS, on June 23, 2026, the Parties informed the Court that the Parties agreed to a supplemental briefing schedule regarding the Motion, in which Plaintiff would file a supplemental brief by June 29, 2026; Defendant would file a response by July 6, 2026; and Plaintiff would file any reply by July 8, 2026, ECF No. 33; and

WHEREAS, on June 24, 2026, the Court granted the Parties' requested briefing schedule, ECF No. 35; and

WHEREAS, on June 29, 2026, Plaintiff filed a supplemental brief in support of the Motion, ECF No. 37; and

WHEREAS, Defendant asked Plaintiff for an additional day to submit Defendant's response, and the parties agreed to a one-day extension for both Defendant's response and Plaintiff's reply; and

NOW THEREFORE, the parties hereby STIPULATE, subject to the Court's approval, that the time within which Defendant shall submit its response is July 7, 2026; and the time within which Plaintiff shall file any reply to Defendant's response is July 9, 2026.

Date:                                    Respectfully submitted,[1]

                                         CRAIG MISSAKIAN
                                         United States Attorney

                            By:          __/s/ Nag Young Chu_
                                         NAG YOUNG CHU
                                         Assistant United States Attorney

                                         *Attorneys for Defendant*

Date:                                    /s/ Amber Qureshi
                                         Amber Qureshi
                                         Law Office of Amber Qureshi, LLC

Date:                                    /s/ Khaled Alrabe
                                         Khaled Alrabe
                                         National Immigration Project

                                         *Attorneys for Plaintiff*

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Defendant shall file its response to Plaintiff's supplemental brief in support of the motion for preliminary injunction by July 7, 2026, and Plaintiff shall file any reply to Defendant's response by July 9, 2026.

Date:   7/2/2026

_____

HONORABLE ARACELI MARTINEZ-OLGUÍN
United States District Judge