UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. HAUSMAN, | Case No. 26-cv-03730-AMO |
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | Re: Dkt. No. 45 |
| Defendant. | |

Having reviewed the parties' joint case management statement, Dkt. No. 45, the Court VACATES the conference set for July 30, 2026.

Pursuant to Civil Local Rule 72-1, the Court REFERS the matter for random assignment to a magistrate judge for settlement conference. The parties shall participate in a settlement conference by October 30, 2026, or as soon thereafter as is convenient for the assigned Magistrate Judge. The parties SHALL FILE a joint status report regarding the outcome of the settlement conference within two business days following its completion.

Any proposed amendment of pleadings shall be filed on or before November 30, 2026. The parties shall file a proposed briefing schedule regarding cross motions for summary judgment on or before November 30, 2026.

**IT IS SO ORDERED.**

Dated: July 24, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**