UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K HAUSMAN,<br>Plaintiff,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>Defendant. | Case No. 4:26-cv-03730-AMO (KAW)<br>**ORDER REASSIGNING CASE TO MAGISTRATE JUDGE CISNEROS FOR SETTLEMENT**<br>Re: Dkt. No. 48 |

Due to the undersigned's limited availability, the settlement conference referral in this matter is reassigned to Magistrate Judge Lisa J. Cisneros.

The parties will be advised of the date, time, and place of the next appearance by notice from Judge Cisneros.

IT IS SO ORDERED.

Dated: August 28, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California