CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID K. HAUSMAN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | CASE NO. 4:26-CV-03730-AMO<br><br>**PARTIES' STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Hon. Lisa J. Cisneros<br>United States Magistrate Judge |

Plaintiff David K. Hausman and Defendant U.S. Immigration and Customs Enforcement (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, on July 24, 2026, the Court referred this matter for settlement conference (ECF No. 26); and

WHEREAS, on August 31, 2026, the Court set a pre-settlement conference on October 1, 2026, at 10:30 a.m. and an in-person settlement conference on October 30, 2026, at 10:00 a.m., before the Honorable Lisa J. Cisneros (ECF No. 51); and

WHEREAS, Defendant and Defendant's counsel are unable to attend an in-person settlement conference on October 30, 2026, at 10:00 a.m. due to family matters and travel, respectively; and

WHEREAS, the Parties are available to attend a settlement conference on October 19, 21, 22, 23, 26, 27, and 28, 2026; and

NOW THEREFORE, the parties hereby STIPULATE, pursuant to Local Rule 6-1(b) , 6-2(a), and Settlement Conference Standing Order of the Honorable Judge Cisneros, respectfully request that the Parties' settlement conference be continued to October 19, 21, 22, 23, 26, 27, or 28, 2026, at 10:00 a.m., or, in the event the Court is unavailable on those dates, on a date to be scheduled at the pre-settlement conference.

Date: September 11, 2026

Respectfully submitted,[1]

CRAIG MISSAKIAN
United States Attorney

By: __/s/ Nag Young Chu_______________
NAG YOUNG CHU
Assistant United States Attorney

*Attorneys for Defendant*

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

Date: September 11, 2026

*/s/ Amber Qureshi*
Amber Qureshi
Law Office of Amber Qureshi, LLC

Date: September 11, 2026

*/s/ Khaled Alrabe*
Khaled Alrabe
National Immigration Project

*Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The Parties' settlement conference shall be continued to October ___, 2026, at 10:00 a.m., or on an alternative date to be scheduled at the pre-settlement conference.

Date: ______________________________

HONORABLE LISA J. CISNEROS
United States Magistrate Judge