Khaled Alrabe (CA SBN 349899)
Email: khaled@nipnlg.org
NATIONAL IMMIGRATION PROJECT
1400 Shattuck Ave, Suite 12 PMB #141
Berkeley, CA 94709
Telephone: (617) 227-9727

Amber Qureshi (DC 90001046)*
Email: amber@qureshilegal.com
LAW OFFICE OF AMBER QURESHI, LLC
6925 Oakland Mills Road PMB#207
Columbia, MD 21045
Telephone: (443) 583-4353

* Admitted *pro hac vice*

*Attorneys for Plaintiff David K. Hausman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID K. HAUSMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 4:26-cv-03730-AMO<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D. CAL. CIVIL L.R. 3-12(B)**<br><br>Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 3-12(b), Plaintiff David K. Hausman respectfully requests that the Court consider whether this action may be related to *Hausman v. U.S. Immigration and Customs Enforcement*, Case No. 3:26-cv-12819 (N.D. Cal., filed Oct. 30, 2026) ("*Hausman II*").[1]

Civil Local Rule 3-12(a) provides that "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." N.D. Cal. Civ. L.R. 3-12(a).

The instant case concerns requests for records submitted pursuant to the Freedom of Information Act ("FOIA") by Plaintiff Hausman to Defendant U.S. Immigration and Customs Enforcement ("ICE") seeking a set of Excel spreadsheets ("the Spreadsheets") that shed light on ICE's immigration enforcement practices. The Complaint alleges that Defendant has violated the FOIA by wrongfully withholding agency records (Claim I), failing to grant expedited processing (Claim II), engaging in an unlawful pattern or practice of violating the FOIA (Claim III), and failing to grant requests for fee waivers (Claim IV). *See generally* Compl., ECF No. 1. The parties have agreed to resolve Claims I, II, and IV related to Plaintiff's pending FOIA requests at issue in this action—specifically, the FOIA requests Plaintiff had submitted between September 2025 and March 2026. *See* Joint Case Management Statement, ECF No. 45 at 4; Compl., ECF No. 1 ¶¶ 39–47.

As a result, the only claim still at issue here is the pattern-or-practice claim. Although Hausman's requests for updated versions of the Spreadsheets submitted since March 2026 are relevant to his pattern-or-practice claim here, *Hausman II* deals precisely with these later-filed requests and ICE's violations of FOIA with respect to those requests. Therefore, *Hausman II*

[1] This motion is accompanied by the declaration of Khaled Alrabe pursuant to N.D. Cal. Civ. L.R. 7-11(a). As set forth in that declaration, counsel for Plaintiff notified counsel for Defendant of the filing of *Hausman II* on October 30, 2026, provided Defendant with a copy of the *Hausman II* complaint, and twice asked whether ICE would stipulate to this motion. Defendant has not responded. Because Civil Local Rule 3-12(b) requires that such a motion be filed promptly, Plaintiff files this motion without a stipulation.

involves the same plaintiff (Hausman) and Defendant (ICE) and claims similar to those already resolved here, while not raising the pattern-or-practice claim that is still at issue. *Hausman II* concerns five FOIA requests submitted by Hausman to ICE between April 2026 and August 2026. Each of the FOIA requests seeks up-to-date versions of the Spreadsheets and raises claims that are nearly identical to Claims I, II, and IV in the instant action (but with respect to Plaintiff's requests submitted between April and August 2026).

Both actions involve the same parties, concern updated versions of the same records sought under FOIA, and raise substantially similar factual and legal issues. Conducting the two actions before different Judges would lead to unnecessary duplication of effort by the parties and the Court and could result in conflicting outcomes.

For these reasons, Plaintiff respectfully requests that this Court consider whether this action is related to *Hausman v. U.S. Immigration and Customs Enforcement*, Case No. 3:26-cv-12819 (N.D. Cal., filed Oct. 30, 2026) under Local Rule 3-12.

Dated: November 2, 2026

Respectfully submitted,

*/s/ Khaled Alrabe*
KHALED ALRABE
National Immigration Project

AMBER QURESHI
Law Office of Amber Qureshi

Attorneys for Plaintiff David K. Hausman