UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID K. HAUSMAN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 4:26-cv-03730-AMO<br><br>**DECLARATION OF KHALED ALRABE IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D. CAL. CIVIL L.R. 3-12(B)** |

Pursuant to 28 U.S.C. § 1746, I, Khaled Alrabe, hereby declare:

1. I am an attorney admitted to practice law in the State of California and counsel of record for Plaintiff David K. Hausman in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I submit this declaration pursuant to Civil Local Rule 7-11(a) to explain why a stipulation could not be obtained in support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

3. On October 30, 2026, Plaintiff filed a complaint in *Hausman v. U.S. Immigration and Customs Enforcement*, No. 3:26-cv-12819 (N.D. Cal.) ("Hausman II").

4. Immediately following the filing, I sent an email to Jeremy Chu, Assistant United States Attorney and counsel of record for Defendant in this action, attaching the Hausman II complaint. In that email I advised Mr. Chu that Plaintiff intended to file an administrative motion to consider whether Hausman II is related to this action, that Civil Local Rule 3-12 requires such a motion to be filed promptly, and that Plaintiff therefore planned to file the motion that day. I asked Mr. Chu to let me know whether ICE was willing to stipulate to the motion.

5. I understood from an automatic reply to that email that Mr. Chu was out of the office on October 30, 2026 and would be back on November 2, 2026. Plaintiff did not file the motion that day, in order to give Defendant an opportunity to respond.

6. On November 2, 2026, at approximately 6:45 a.m., I sent Mr. Chu a further email noting that Plaintiff had held off filing on October 30 to give Defendant an opportunity to respond, stating that Plaintiff intended to file the motion today, and again asking Mr. Chu to let me know whether ICE was willing to stipulate.

7. On November 2, 2026, at approximately 12:35 pm, I sent Mr. Chu a third email stating that because Civil Local Rule 3-12(b) requires that our motion be filed promptly, we intend to file the motion at 3 p.m. pacific time today.

8. As of the time of this filing, I have received no response from counsel for Defendant.

9. Because Civil Local Rule 3-12(b) requires that an administrative motion to consider whether cases should be related be filed promptly, Plaintiff files the accompanying motion without a stipulation.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge.

Executed this 2nd day of November 2026, at Berkeley, California.

*/s/Khaled Alrabe*

Khaled Alrabe (CA SBN 349899)
Email: khaled@nipnlg.org
NATIONAL IMMIGRATION PROJECT
1400 Shattuck Ave, Suite 12 PMB #141
Berkeley, CA 94709
Telephone: (617) 227-9727