Khaled Alrabe (CA SBN 349899)
Email: khaled@nipnlg.org
NATIONAL IMMIGRATION PROJECT
1400 Shattuck Ave, Suite 12 PMB #141
Berkeley, CA 94709
Telephone: (617) 227-9727

Amber Qureshi (DC 90001046)*
Email: amber@qureshilegal.com
LAW OFFICE OF AMBER QURESHI, LLC
6925 Oakland Mills Road PMB#207
Columbia, MD 21045
Telephone: (443) 583-4353

* Admitted *pro hac vice*

*Attorneys for Plaintiff David K. Hausman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID K. HAUSMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 4:26-cv-03730-AMO<br><br>**[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Araceli Martínez-Olguín |

On November 2, 2026, Plaintiff David K. Hausman filed an Administrative Motion to Consider Whether Cases Should Be Related under Civil Local Rule 3-12. Having considered the papers and pleadings on file, the Court GRANTS the Administrative Motion to Consider Whether Cases Should Be Related and ORDERS that the following cases be related:

- *Hausman v. U.S. Immigration and Customs Enforcement*, Case No. 4:26-cv-03730-AMO
- *Hausman v. U.S. Immigration and Customs Enforcement*, Case No. 3:26-cv-12819-PHK

**IT IS SO ORDERED.**

Date:

____________________________________
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge