UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K HAUSMAN,<br>Plaintiff,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>Defendant. | Case No. 26-cv-03730-AMO<br>**ORDER**<br>Re: Dkt. No. 65 |

In light of the parties' competing proposals for briefing summary judgment, the Court SETS the following deadlines:

- Plaintiff's Motion for Summary Judgment: December 1, 2026;
- Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion: January 14, 2027;
- Plaintiff's Opposition to Defendant's Motion and Reply in Support of his Motion: February 11, 2027; and
- Defendant's Reply in Support of its Motion: February 26, 2027.

**IT IS SO ORDERED.**

Dated: November 13, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California